STATE OF LOUISIANA

VERSUS

DAVID COSTANZA

NO. 19-KA-263

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 14, 2020

Mary E. Legnon
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Robert A. Chaisson,
Hans J. Liljeberg, and John J. Molaison, Jr.

**REHEARING DENIED**

**HJL**
**RAC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/14/2020</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 19-KA-263

**E-NOTIFIED**

Terry M. Boudreaux (Appellee)                Thomas J. Butler (Appellee)

**MAILED**

Bruce G. Whittaker (Appellant)              Hon. Paul D. Connick, Jr. (Appellee)
Attorney at Law                            Joshua K. Vanderhooft (Appellee)
Louisiana Appellate Project                Assistant District Attorneys
1215 Prytania Street                       Twenty-Fourth Judicial District
Suite 332                                  200 Derbigny Street
New Orleans, LA 70130                      Gretna, LA 70053